

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.



**Signed August 17, 2020**

**United States Bankruptcy Judge**

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DAVID GREGORY MOSBY, | § | Case No. 19-44446-mxm7 |
| | § | |
| Debtor. | § | |
| | § | |
| JOHN DEE SPICER, Chapter 7 Trustee, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Adversary No. 20-04015-mxm |
| | § | |
| DAVID GREGORY MOSBY, | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING PLAINTIFF'S MOTION TO
## DISMISS ADVERSARY PROCEEDING WITH PREJUDICE

On this day, came for consideration the **Plaintiff's Motion to Dismiss Adversary**

**Proceeding with Prejudice** (Docket No. 5) (the "Motion") filed by John Dee Spicer, Chapter 7

Trustee (the "Trustee"), on June 17, 2020, seeking approval of this Court to enter an Order dismissing the above-referenced Adversary Proceeding, as more particularly set forth in the Motion on file in this proceeding. No notice of hearing on said Motion need be given, and no objections have been filed. It is therefore,

**ORDERED** that the relief requested in the Motion is hereby granted and that the above-referenced Adversary Proceeding is dismissed in its entirety, with prejudice; and it is further,

**ORDERED** that both Parties pay their respective attorney fees and costs relating to the Adversary Proceeding.

### END OF ORDER ###

Order drafted by:

John Dee Spicer
State Bar No. 18930500
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202
Direct Dial: (214) 573-7343
Fax (214) 573-7399
Email: jspicer@chfirm.com

Attorneys for John Dee Spicer,
Chapter 7 Trustee